# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-30469
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit

**FILED**
April 29, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Joseph Lawrence Harrison,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:23-CR-142-1

_____

Before Jolly, Jones, and Willett, *Circuit Judges*.

Per Curiam:[*]

Joseph Lawrence Harrison appeals the 216-month concurrent sentences imposed after his guilty plea convictions for conspiracy to commit kidnapping and aiding and abetting the transmission of interstate communications with the intent to extort. In his sole issue on appeal,

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-30469

Harrison asserts that the district court erred by failing to apply a mitigating-role reduction pursuant to U.S.S.G. § 3B1.2.

Even if we were to assume without deciding that the district court clearly erred by failing to apply the pertinent reduction, the district court considered the guidelines range with and without a § 3B1.2 reduction and explained that it would impose the same sentence regardless of any calculation error. Thus, any error on the part of the district court was harmless. *See United States v. Alfaro*, 30 F.4th 514, 520 (5th Cir. 2022); *see also United States v. Guzman-Rendon*, 864 F.3d 409, 411 (5th Cir. 2017).

AFFIRMED.